1  NORMAN C. HILE (STATE BAR NO. 57299)
   nhile@orrick.com
2  ANALEA J. PATTERSON (STATE BAR NO. 229918)
   apatterson@orrick.com
3  JOHN W. KILLEEN (STATE BAR NO. 258395)
   jkilleen@orrick.com
4  ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capitol Mall
5  Suite 3000
   Sacramento, California  95814-4497
6  Telephone:     +1-916-447-9200
   Facsimile:     +1-916-329-4900
7
   Attorneys for Defendant
8  BALANCE BAR COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| KIMBERLY S. SETHAVANISH, a California resident on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>      v.<br><br>BALANCE BAR COMPANY, a Delaware corporation,<br><br>                    Defendant. | Case No. 4:11-cv-04547-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING JANUARY 5, 2012 INITIAL CASE MANAGEMENT CONFERENCE AND ACCOMPANYING DEADLINES [L.R. 6-2, 7-12]** |

1    Pursuant to Local Rules 6-2 and 7-12, Plaintiff Kimberly Sethavanish and Defendant
2 Balance Bar, Inc., through their undersigned counsel, enter into the following stipulation for and
3 respectfully request that the Court issue an order (1) continuing the scheduled January 5, 2012
4 initial case management conference to April 19, 2012; (2) continuing the accompanying
5 discovery deadlines set by this Court in its September 13, 2011 Order Setting Initial Case
6 Management Conference And ADR Deadlines, Dkt. No. 4. In support of this stipulation, the
7 parties represent that:

8    WHEREAS, on September 13, 2011, Sethavanish filed her initial complaint, Dkt. No. 1;

9    WHEREAS, on September 13, 2011, the Court issued its Order Setting Initial Case
10 Management Conference And ADR Deadlines (attached hereto as Exhibit A), which Order
11 scheduled an initial case management conference before the Court on January 5, 2012 in
12 Courtroom 3, 3rd Floor, at 2:00 p.m. and set accompanying deadlines (1) to meet and confer
13 regarding discovery, (2) to file ADR-related documents; and (3) to file a Rule 26(f) report;

14    WHEREAS, on September 30, 2011, the parties stipulated to allow Balance Bar
15 an extension of time to respond to the initial complaint until November 4, 2011, Dkt. No. 6;

16    WHEREAS, on November 4, 2011, Balance Bar filed a motion to dismiss in part the
17 initial complaint, Dkt. No. 11;

18    WHEREAS, on November 18, 2011, Sethavanish filed a first amended complaint, Dkt.
19 No. 12;

20    WHEREAS, on December 2, 2011, Balance Bar filed a motion to dismiss in part the first
21 amended complaint, setting the hearing on the motion for January 25, 2012, Dkt. No. 13;

22    WHEREAS, following the hearing on the motion to dismiss, the parties have agreed to
23 pursue private mediation, to be completed within 60 days from the hearing;

24    WHEREAS, the parties submit that continuance of the initial case management
25 conference and the accompanying discovery deadlines until after the Court decides Balance Bar's
26 pending motion to dismiss, after Balance Bar answers the first amended complaint, and after the
27 parties pursue private mediation within 60 days of the hearing on the motion to dismiss will
28 preserve party and Court resources and, should the parties not settle the case through private

mediation, will enable the parties better to assess the strengths and weaknesses of their cases and to make more informed decisions regarding discovery,

    NOW, THEREFORE, IN CONSIDERATION OF THE FOREGOING, IT IS HEREBY STIPULATED by and between the parties that:

    1.    The initial case management conference scheduled for January 5, 2012, is continued to April 19, 2012, in Courtroom 3, 3rd Floor, at 2:00 p.m.;

    2.    The last day to meet and confer regarding initial disclosures and discovery plan is continued to March 29, 2012.  The parties will submit their ADR Certification and Stipulation to ADR Process in accordance with the schedule prescribed by the Court's September 13 order.

    3.    The last day to file the Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) report and file Case Management Statement is continued to April 12, 2012.

Dated: December 14, 2011    ORRICK, HERRINGTON & SUTCLIFFE LLP

By:/s/ *Norman C. Hile*
Norman C. Hile
Attorneys for Defendant
BALANCE BAR COMPANY

Dated: December 14, 2011    LAW OFFICES OF JANET LINDNER SPIELBERG

By:/s/ *Janet Lindner Spielberg*[1]
Janet Lindner Spielberg
Attorneys for Plaintiff
KIMBERLY S. SETHAVANISH

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 21, 2011

IT IS SO ORDERED
Judge Phyllis J. Hamilton

---

[1] Pursuant to Section X of Northern District Standing Order 45, the filing party attests that concurrence in the filing of this document has been obtained from counsel for Plaintiff Janet Lindner Spielberg.

- 2 -

STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE – CV-11-04547-PJH