**United States District Court**
For the Northern District of California

1

2

3

4

5                        UNITED STATES DISTRICT COURT

6                     NORTHERN DISTRICT OF CALIFORNIA

7

8

9

10   KIMBERLY S. SETHAVANISH,

11          Plaintiff,                          No. C 11-4547 PJH

12      v.                                      **ORDER GRANTING MOTION
                                                TO DISMISS AND VACATING**
13   BALANCE BAR COMPANY,                       **HEARING DATE**

14          Defendant.
     _____/

15

16          Before the court is the motion of defendant Balance Bar Company ("Balance Bar") to

17   dismiss the sixth cause of action alleged in the first amended complaint ("FAC"), to the

18   extent that it seeks damages pursuant to California Civil Code § 1780 for any violation of

19   California Civil Code § 1770(a)(5) except for the identification of products as "all natural"

20   which contain cocoa alkalized with potassium carbonate.  Having read the parties' papers

21   and carefully considered their arguments, and good cause appearing, the court finds that

22   the motion must be GRANTED.

23          In her opposition to the motion, plaintiff states that the FAC added a claim for

24   damages under the Consumers Legal Remedies Act ("CLRA") for a single ingredient

25   (potassium carbonate) (citing FAC ¶¶ 77-78), and "expressly disclaimed any assertion of a

26   claim for damages based upon [d]efendant's use of the other eight artificial and synthetic

27   ingredients in its Energy Bars (citing FAC ¶¶ 77, 79).  Based on this representation, and

28   also based on plaintiff's failure to seek leave to amend the FAC to add a claim for damages

1   with respect to the violations alleged in the "supplemental" CLRA notice, the court grants

2   the motion in order to clarify that plaintiff does not seek damages for any CLRA violation

3   other than the identification of products as "all natural" which contain cocoa alkalized with

4   potassium carbonate.

5          The date for the hearing on this motion, previously set for Wednesday, February 1,

6   2012, is VACATED.

7

8   **IT IS SO ORDERED.**

9   Dated:   January 27, 2012

10                                                              _____
                                                              PHYLLIS J. HAMILTON
11                                                            United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2