Janet Lindner Spielberg (SBN 221926)
**LAW OFFICES OF JANET LINDNER SPIELBERG**
12400 Wilshire Boulevard, #400
Los Angeles, California  90025
Tel:  (310) 392-8801
Fax:  (310) 278-5938
Email: jlspielberg@jlslp.com

Michael D. Braun (SBN 167416)
**BRAUN LAW GROUP, P.C.**
10680 West Pico Boulevard, Suite 280
Los Angeles, California  90064
Tel:  (310) 836-6000
Fax:  (310) 836-6010
Email: service@braunlawgroup.com

Joseph N. Kravec, Jr. (*pro hac* to be filed)
Maureen Davidson-Welling (*pro hac* to be filed)
Wyatt A. Lison (*pro hac* to be filed)
**STEMBER FEINSTEIN DOYLE
  & PAYNE LLC**
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA  15219
Tel:  (412) 281-8400
Fax:  (412) 281-1007
Email:jkravec@stemberfeinstein.com
Emal:mdavidsonwelling@stemberfeinstein.com
Email: wlison@stemberfeinstein.com

*ATTORNEYS FOR PLAINTIFF*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **KIMBERLY S. SETHAVANISH, a California resident on behalf of herself and all others similarly situated,**<br><br>                              **Plaintiff,**<br><br>            v.<br><br>**BALANCE BAR COMPANY, a Delaware corporation,**<br><br>                              **Defendant.** | **CASE NO.:  4:11-cv-04547-PJH**<br><br>**CLASS ACTION**<br><br>**DECLARATION OF MICHAEL D. BRAUN PURSUANT TO LOCAL RULE 5-1** |

DECLARATION PURSUANT TO LOCAL RULE 5-1

I Michael D. Braun declare that in concurrence with the filing of the Stipulation and Notice of Dismissal [Docket No. 43], I received express permission from all signatories to electronically sign the document on their behalf.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 20th day of November 2012, Los Angeles, California

_____
Michael D. Braun